IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DON STREETMAN                                                                                          PLAINTIFF

v.                                          Case No. 6:25-cv-6068

JOHN DOE TRANSPORT OFFICERS #1 - #3                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 17, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Ford recommends that this case be dismissed without prejudice for failure to obey two Court orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge